```
 1   MORGAN, LEWIS & BOCKIUS LLP
     JASON S. MILLS (SBN 225126)
 2   jmills@morganlewis.com
     REBECCA LICHT JENSEN (SBN 267752)
 3   rjensen@morganlewis.com
     300 South Grand Avenue
 4   Twenty-Second Floor
     Los Angeles, CA  90071-3132
 5   Tel:   213.612.2500
     Fax:   213.612.2501
 6
     Attorneys for Plaintiff
 7   LOS ANGELES TIMES
     COMMUNICATIONS, LLC
 8
```

FILED
CLERK, U.S. DISTRICT COURT
OCT 25 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES TIMES COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GRAPHIC COMMUNICATIONS CONFERENCE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 140-N, INC., <br><br> Defendant. | Case No. 2:13-CV-06192-RGK-RZ <br><br> [PROPOSED] JUDGMENT OF DISMISSAL |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1    [PROPOSED] JUDGMENT OF DISMISSAL

DB2/ 24430820.1

1  WHEREAS, on October 8, 2013, this Court entered an Order GRANTING
2  Plaintiff Los Angeles Times Communications, LLC's Motion to Vacate Arbitration
3  Decision and Award.
4  IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED
5  THAT:
6  The arbitration award, issued in Federal Mediation and Conciliation Service
7  Case No. 120321-54216-A, and issued by Arbitrator Linda Klibanow on May 30,
8  2013, is vacated in its entirety;
9  Judgment is entered IN THIS PETITION in favor of Plaintiff Los Angeles Times
10 Communications, LLC and against Defendant Graphic Communications
11 Conference International Brotherhood of Teamsters, Local 140-N, Inc.;
12 ~~Defendant Graphic Communications Conference International Brotherhood~~
13 ~~of Teamsters, Local 140-N, Inc. shall take nothing by this action;~~
14 Plaintiff Los Angeles Times Communications, LLC shall recover costs of
15 suit incurred in this matter;
16 ~~The Court's Order granting Plaintiff's Motion to Vacate the Arbitration~~
17 ~~Decision and Award is dispositive of all claims in this action;~~
18 ~~This action is dismissed in its entirety;~~
19 The Court directs the Clerk to enter final Judgment. IN THIS PETITION

**IT IS SO ORDERED.**

Dated: OCT 25 2013

Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2                        [PROPOSED] JUDGMENT OF DISMISSAL

DB2/ 24430820.1